FILED

William A. Masters, II
18929 Vanowen St.
Reseda, CA 91335
818-325-9895
Wmandrews81@gmail.com



PAID

JUL 2 6 2017

Clerk, US District Court
COURT 4612

2017 JUL 26  PM 1: 08

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

BY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| **WILLIAM A. MASTERS,** )<br>  Pro Se  Plaintiff )<br>vs. )<br> )<br>**PRESIDENT BAROCK OBAMA,** )<br>  **in his official capacity as President** )<br>**NATIONAL AERONAUTICS AND** )<br>  **SPACE ADMINISTRATION;** )<br>**NATIONAL OCEANIC AND** )<br>  **ATMOSPHERIC** )<br>  **ADMINISTRATION;** )<br>**ENVIRONMENTAL PROTECTION** )<br>  **AGENCY;** )<br>**SENATOR ALAN FRANKEN, in his** )<br>  **official capacity as the Senator** )<br>  **from Minnesota** )<br> )<br> )<br> _____Defendants__ ) | Case No.<br><br>**CV17-05532-RGK(PLAx)**<br><br><br>**COMPLAINT FOR:<br>CONSTRUCTIVE FRAUD**<br><br>Hearing Date:<br>Judge: |

**FOR: CONSTRUCTIVE FRAUD.**

///

///

///

Original

## TABLE OF CONTENTS

1. Table of Contents.............................................................. Page i

2. Table of Authorities............................................................ " ii

3. Jurisdiction........................................................................ " 1

4. Venue................................................................................ " 1

5. Parties............................................................................... " 1

6. First Cause of Action......................................................... " 2

7. Second Cause of Action..................................................... " 3

8. Controlling Case Law......................................................... " 4

9. History............................................................................... " 8

10. Argument.......................................................................... " 10

11.     Foraminifera, Nature's Thermometer............................ " 10

12.     Exhibit A, 60,000,000 Years of Foram Data.................. " 11

13.     Milankovitch Cycles, Why We are Getting Hot.............. " 16

14,     The Opacity of the Earth's Atmosphere......................... " 18

15.     Insulating Gases, What They Do For You....................... " 20

16.     The Quantum Vibrational State...................................... " 22.

17.     Quantum Physics and the Easybake Oven....................... " 23

18.     Absorption, Scattering, and Blocking of Sun Heat........... " 23

19.     Your Oven As A Sun...................................................... " 25

MASTERS v OBAMA et al
ORIGINAL

20.     What Is the Greenhouse Effect.................................................   "  27

21.     The Stefan-Boltzmann Law..................................................   "  27

22.     Clouds, They Are Insulators Too You Know....................................   "  29

23.  Summation...................................................................   "  30

24.  Relief Requested.............................................................   "  31

## TABLE OF AUTHORITIES

McClellan v Cantrell, 217 F.3d 890...................................................... Page  4

Fry v UAL Corp., 84 F3d 936, cert. den. 117 S.Ct. 447, 519 U.S. 987,

        136 L.Ed.2d 343............................................................   "  5

Howell v Courtesy Chevrolet, Inc. (1971, 2nd Dist) 16 Cal.App.3d 391,

        94 Cal.Rptr. 33............................................................   "   5

J.C. Millett Co. v Park & Tilford Distillers Corp. (1954 DC Cal), 123 F.Supp

        484.......................................................................   "  5

French v Freeman (1923) 191 Cal. 579, 217 P. 515.........................................   "   6

Breceda v Gamspby (1968, 3rd Dist.) 267 Cal.App 2d 167,

        72 Cal.Rptr. 832 ..........................................................   "  6

Hawkins v Fielder (1957, 2d Dist.) 150 Cal.App. 2d 528, 310 P2d 23 .... Page  7

Hodgeson v Brant (1958 4th Dist) 156 Cal.App. 2d 610, 319 P2d 684.........."   7

Pohl v Mills (1933) 218 Cal 641, 24 P2d 476....................................   "  7

Ach v Finkelstein (1968, 2nd Dist.) 264 Cal.App. 2d 667,

MASTERS v OBAMA et al
                                                          ORIGINAL

70 Cal.Rptr. 472 ....................................................................... " 7

MASTERS v OBAMA et al
ORIGINAL

1                                     **JURISDICTION**

2           1.  This action is filed under Title 28 USC 1331, "federal questions";

3 and

4    •      Title 18 USC 1001, Fraud: Statements or entries generally.

5    •      Title 18 USC 1037, Fraud and related activity in connection with the

6    electronic mail.

7                                           **VENUE**

8           2.  Venue is proper pursuant to 28 U.S.C. 1391 because the events

9 giving rise to this complaint happened in this district.

10                                         **PARTIES**

11           3.  Plaintiff  William A. Masters  resides at 18929 Vanowen St.

12 Reseda, CA 91335.

13           4.  I am a Peer Reviewed author in Physics, Astro-physics and

14 Environment Affairs.

15           5.  Defendant President Barack Obama, address C/O United States

16 Attorney General's Office, Department of Justice, 950 Pennsylvania Avenue,

17 NW, Washington, DC 20530-0001

18           6.  President Obama served as President of the United States from

19 2008 to 2016, and is currently a Private citizen.

COMPLAINT: MASTERS v. OBAMA et al
ORIGINAL

1      7.  Defendant National Aeronautics and Space Administration

2  (NASA), with its headquarters at 300 E. Street SW, Ste. 5R30, Washington

3  DC 20546.

4      8. NASA is a Federal Scientific Agency.

5      9.  Defendant National Oceanic and Atmospheric Administration

6  (NOAA) with its headquarters at 1401 Constitution Ave., NW, Room 5128,

7  Washington, DC 20230,

8      10.  NOAA is a Federal Scientific Agency.

9      11.  Defendant Environmental Protection Agency (EPA), with its

10  headquarters at 1200 Pennsylvania Avenue, N.W., Washington DC 20460.

11      12.  The EPA is a Federal Scientific Agency.

12      13.  Senator Alan Franken with his address at 309 Hart Senate Office

13  Building, Washington, DC 20510.

14      14.  Senator Franken is a Senator from Minnesota serving in the

15  United States Senate.

16                          **FIRST CAUSE OF ACTION**

17      15.  The Defendants commit Fraud when they use the phrase "Climate

18  Change" on their web sites, in their publications, on there TV and cable and

19  internet  programs, in their public speeches, in their physical mailings, and

20  in their electronic mailings.  The Defendants are actually speaking about

      2                            COMPLAINT: MASTERS v. OBAMA et al
                                                       ORIGINAL

1    Anthropogenic, Carbon dioxide caused, **Global Warming** (**AGW**).  Climate

2    Change is real, it has been happening for over four-billion years.  AGW is

3    not Climate Change it is not real, but even if it were real, it would be a

4    subsystem of climate change, it is not the system of Climate Change itself

5    and so the statement Climate Change used in place of AGW is Fraud as it

6    misleads persons to believe something that is false in violation of the

7    Defendant's duty to proved truthful and fare service to the American People

8                            **SECOND CAUSE OF ACTION**

9            16.  The Defendants claim, on their web sites, in their publications, on

10   their TV, cable, and internet programs, in their public speeches, in physical

11   mailings, and in electronic e-mails that:

12       a.  There are gases in the atmosphere that absorb Infrared heat photons

13             called "Greenhouse Gases

14       b.  That carbon-dioxide is one of these greenhouse gases and that by

15             adding carbon-dioxide to the atmosphere via the burning of fossil

16             fuels, humans are warming the planet because the Greenhouse Gases

17             "trap" heat in the Earth's atmosphere.

18       c.  That greenhouse gases only absorb outgoing Earth emitted heat not

19             incoming Sun heat.

1      17.  Thus the Defendants claim there are atoms of gas that are

2      transparent to incoming Sun heat, but opaque to outgoing Earth emitted heat,

3      which is an impossibility.  Either an atom absorbs Infrared heat photons or it

4      doesn't, no atom or molecule does both.  If a photon of the proper energy

5      strikes an atom, then it will be absorbed by the atom period!  The direction

6      of the photon's travel (up or down), is immaterial.

7      18.  The Defendant's Frauds are causing irreparable harm to the

8      Country and its People by diverting scarce tax revenues away from needed

9      spending initiatives and putting it into purely Political spending coffers that

10     only reward political allies of the Defendants.  They bring distrust upon

11     scientific institutions which people know are lying to protect their funding.

12     19.  Further, the Defendants have harmed me and other Scientists who

13     speak out on this fraud via outright blacklisting, censoring my scientific

14     papers, denying my work primacy, as well as getting other scientists fired, or

15     getting their funding canceled essentially ending their careers in science.

16                          **CONTROLLING CASE LAW**

17     20.    ""Fraud" is a generic term, which is not limited to

18            misrepresentations and misleading omissions, but which

19            embraces all of the multifarious means which human ingenuity

20            can devise and which are resorted to by one individual to gain

4                                          COMPLAINT: MASTERS v. OBAMA et al
                                                                 ORIGINAL

1    advantage over another by false suggestions or by suppression

2    of truth."

3    McClellan v. Cantrell, 217 F.3d 890

4    21.  "Duty not to make misrepresentations does not depend on

5    existence of fiduciary relationship."

6    Fry v. UAL. Corp. 84 F3d 936, cert. den. 117 S.Ct. 447, 519

7    U.S. 987, 136 L.Ed.2d 343.

8    22.  "If one asserts that a thing is true within his personal

9    knowledge, or makes a statement as of his own knowledge, or

10   makes such an absolute unqualified positive statements as

11   implies knowledge on his part, when in fact he has no

12   knowledge whether his assertion is true or false, and his

13   statement proves to be false, he is as culpable as if he had

14   willfully asserted that to be true which he knew to be false and

15   he is equally guilty of fraud."

16   Howell v Courtesy Chevrolet, Inc. (1971, 2nd Dist) 16

17   Cal.App. 3d 391, 94 Cal.Rptr. 33.

18   23.  "False statement make by one who does not have sufficient

19   information to justify making such statement is fraudulent even

20   though it is believed by the one making it."

COMPLAINT: MASTERS v. OBAMA et al
                                                          ORIGINAL

1    J.C. Millett Co. v. Park & Tilford Distillers Corp. (1954 DC

2    Cal.) 123 F.Supp 484

3    24.  "Statement of what might otherwise be opinion, if based on

4    alleged facts, is statement of fact and not statement merely of

5    opinion."

6    French v Freeman (1923) 191 Cal. 579, 217 P. 515

7    25.   "Misrepresentations of opinion are actionable when the

8    declarant holds himself out to be specially qualified; thus, a

9    representation by a party possessing or assuming to possess

10   superior knowledge or special information regarding the subject

11   matter of the representation, make to a party situated so that he

12   may reasonably rely on such supposed superior knowledge or

13   special information, will not be excused if it be false, though it

14   might be regarded as but the expression of an opinion if made

15   by anther person."

16   Breceda v. Gamspby (1968, 3rd Dist.) 267 Cal.App. 2d 167, 72

17   Cal.Rptr. 832.

18   ///

19   ///

COMPLAINT: MASTERS v. OBAMA et al
                                                          ORIGINAL

26. "Suppression of fact by one who gives information of other facts likely to mislead for want of fact concealed is fraud."

Hawkins v Fielder (1957, 2nd Dist.) 150 Cal.App. 2d 528, 310 P2d 423

27. "If party speaks at all, he must make full and fair disclosure."

Hodgeson v Brant (1958 4th Dist) 156 Cal.App. 2d 610, 319 P2d 684.

28. "Though one may be under no duty to speak as to matter, if he undertakes to do so, either voluntarily or in response to inquiries, he is bound not only to state truly what he tells but also not to suppress or conceal any facts within his knowledge which materially qualify those stated."

Pohl v. Mills (1933) 218 Cal 641, 24 P2d 476. Wice v Schilling (1954) 124 Cal.App. 2d 735, 269 P2d 321.; Hodgeson v. Brant (1958, 4th Dist) 156 Cal.App. 2d 610, 319 P2d 684.

29. "In its broad, general sense, the concept of fraud embraces anything which is intended to deceive, including all statements, acts, concealments and omissions involving a breach of legal or

COMPLAINT: MASTERS v. OBAMA et al
ORIGINAL

1    equitable duty, trust or confidence, which results in injury to

2    one who justifiably relies thereon."

3    Ach v. Finkelstein (1968, 2nd. Dist) 264 Cal.App. 2d 667, 70

4    Cal Rptr. 472.

5    **<u>HISTORY:</u>**

6    30. In 1988 NASA scientist Dr. James Hansen testified before the

7    Congress stating that humans were burning fossil fuels thus adding Carbon-

8    dioxide, a greenhouse gas, to the atmosphere, and that the added gas was

9    warming the Earth by blocking in additional Earth emitted heat. This

10   testimony was in many respects the beginning of the Fraud of Greenhouse

11   Gas warming or what is properly called Anthropogenic Carbon-dioxide

12   caused Global Warming here in the United States. The Democrats took up

13   this argument because the coal and oil fields were largely in Republican

14   controlled States. The bankrupting of these industries would deny the

15   Republicans a substantial financing sector.

16   31. Since the Democratic Party members were controlling the

17   Congressional funding purse, Federal Agencies like: NASA, EPA, and

18   NOAA were forced to aid the Democrats in their fraudulent claims or risk

19   loosing funding. While Individual scientist were forced to agree publicly

COMPLAINT: MASTERS v. OBAMA et al
ORIGINAL

1   with the Democrat's fraud or risk loosing their jobs, funding and access to

2   Peer Review.

3          32.  I myself was blacklisted and had my papers taken down from

4   Peer Review Journals after criticizing AGW in a Peer Review Journal

5   article.  In my 1997 paper STRETCHED AND NEAR ZERO SPACE-

6   TIME, A NEW MODEL OF GRAVITATION AND BLACK HOLE

7   DYNAMICS, I laid out my discovery of Dark Energy a force that should be

8   causing the Universe to expand at an accelerating rate of speed rather than at

9   Hubble's Constant.  My projection was verified two years later, while in

10  2012 the Nobel Prize was awarded for my discover, however, I was NOT

11  awarded the Nobel for my discovery, nor was I even mentioned at the

12  ceremony.  The astronomers who proved my theory correct received my

13  Nobel for the discovery of Dark Energy.  Now, 20 years after my paper, my

14  theory is still the only paper explaining the acceleration in the rate of

15  universal expansion, and why the Big Bang happened.  My blacklisting for

16  denying AGW has robbed my work of its Primacy, and me the Nobel for the

17  Discovery of Dark Energy.  The actions of the Defendants are harmful to

18  Science, Scientist and to the United States and its People.

19  ///

20  ///

COMPLAINT: MASTERS v. OBAMA et al
                                                                        ORIGINAL

1                                    **ARGUMENT**

2               33.  **FORAMINIFERA, NATURE'S THERMOMETER.**

3      Forams are single celled, water living creatures that are the size of the period

4      at the end of this sentence.  They were evolved 650,000,000 years ago and

5      are found, after 600,000,000 years ago, in all aqueous sediment on the

6      planet.  Forams have evolved to live in hot water, cold water, salt water,

7      briny water, brackish water, muddy water, and fresh water.  They have

8      conquered the Earth's watered areas.  More importantly they make shells of

9      calcium-carbonate that survive their deaths as fossils.  These fossil shells

10    remain in the depths until scientists dig them up and examine their chemical

11    make-up for clues to the Climatologic past.

12        34.  Paleo-climatology is the study of ancient climate, and the Foram

13    is its greatest tool.  Since the Foram takes its shell building material from the

14    water itself, the Foram shell is a historical record of the chemical

15    composition of the water at that time.  Today, we know that the chemical

16    composition of water changes with its temperature. However, Forams can

17    not only tell us the temperature of past waters, but also the chemical

18    composition of past atmospheres, and how much ice there was on the Earth

19    at that time.

                                        COMPLAINT: MASTERS v. OBAMA et al
                                                       ORIGINAL

1    35.  Thanks to Foram shells we have exacting climate and

2    atmospheric data for the past 600,000,000 years.   This should come as quite

3    a surprise to you your Honor.  You have been reading and listening to the

4    Defendants lie and talk about AGW for decades and yet none have ever

5    mentioned Forams, this is the first time you have probably ever heard the

6    word uttered!  V. President Gore has made two films about AGW, and he

7    never mentioned Forams, nor the 600,000,000 years of temperature and

8    carbon-dioxide data they provide, nor have the Defendants herein named.

9    The reason for the Defendant's silence is shown in Exhibit A.

10    36. **Exhibit A, 600,000,000 YEARS OF FORAM DATA**

11    Exhibit A is a chart showing Forma data for the Past 600,000,000 years.

12    Specifically it shows the Earth's temperature and the amount of Carbon-

13    dioxide over that time line.

14    37.  Remember in its 5th report the United Nations International Panel

15    on Climate Change (IPCC), and the Defendants are stating that Carbon-

16    dioxide in the air is responsible for 100% of the temperature change that the

17    Earth has seen since the end of the Little Ice Age in 1855.  Thus, the

18    Defendants hold that CO2 is the major dominant Greenhouse Gas of them

19    all.  Responsible for all current warming.

20    38.  Looking at the Foram data chart for temperature and Carbon-

COMPLAINT: MASTERS v. OBAMA et al
ORIGINAL

1    dioxide levels over the past 600,000,000 years, on the far left we can see for

2    the first 300,000,000 years of data we have, the Earth averaged 4,000 parts

3    per million (ppm) of Carbon-dioxide, with a high of 7,000ppm during the

4    Cambrian Period, and a low of just under 400 ppm (similar to today's levels)

5    during the Carboniferous Period.  There was a long gradual decline in

6    carbon-dioxide in the atmosphere reaching a low during the Carboniferous

7    Period.  However, during much of this decline the Earth sees no change in

8    its temperature.

9        39.  Over the next 300,000,000 years, the Earth averaged 1700ppm of

10    carbon-dioxide. Eventually falling to today's levels at just under 400ppm.

11    Only two times in the past 600,000,000 years has the Earth seen

12    temperatures and only once has the Earth seen carbon-dioxide levels this

13    low!  At the end of the Ordovician Period, with carbon-dioxide at more than

14    4,000ppm, temperatures plummeted down to below today's temperatures

15    while carbon-dioxide levels were rising.  Clearly no relationship between

16    carbon-dioxide in the air and temperatures there.

17        40.  This cold snap ended at the start of the Silurian Period, however,

18    as temperatures skyrocketed back to their past norm, carbon-dioxide levels

19    were falling sharply down to 3,000ppm before jumping back up to 4,000

COMPLAINT: MASTERS v. OBAMA et al
ORIGINAL

1 ppm.  No relationship between temperature and carbon-dioxide levels there

2 either.

3   41.  From the Mid Devonian Period both temperature and carbon-

4 dioxide levels seem to be falling apace of each other, then break they away

5 with temperatures holding steady for over 30,000,000 years while Carbon-

6 dioxide continues its steady drop to today's low levels.  After a 30,000,000

7 years pause in temperature movement, temperatures rapidly fall to below

8 today's temperatures, and remain there for another 30,000,000 years.

9   42.  Just after the start of the Permian Period temperatures start to rise

10 then quickly accelerate at the Mid-Permian reaching, at the Permian/Triassic

11 boarder, the second highest temperature spike of the past 600,000,000 years.

12 However, carbon-dioxide levels remained below 2,000ppm, half that of the

13 historical average for carbon-dioxide.  Yet this Permian/Triassic spike in

14 tempeartures lasts for millions of years.

15   43.  Temperatures fall back to the average once into the Triassic

16 Period and hold steady for over 50,000,000 years, while carbon-dioxide falls

17 down to only 1,200ppm, then rises back up to 2,000 ppm.  However, as

18 carbon-dioxide levels are rising throughout the Mid- Jurassic Period, the

19 Earth sees its third significant drop in temperatures as the Earth enters the

20 Cretaceous.  After some 10,000,000 years at this low in temperature,

       COMPLAINT: MASTERS v. OBAMA et al
                   ORIGINAL

1   temperatures start to rise after the start of the Cretaceous, yet carbon-dioxide

2   levels are falling!

3       44.  Again with carbon-dioxide levels are falling from over 2,000ppm

4   to 880ppm, the Earth's temperature holds steady at its historic average for

5   over 50,000,000 years.  Millions of years into the Tertiary Period, with

6   carbon-dioxide levels falling, the Earth sees its highest temperature,

7   followed by a ragged 50,000,000 years decline in temperatures down to

8   today's levels. With the Earth seeing low carbon-dioxide levels for only the

9   second time in the past 600,000,000 years.

10      45.  If there were any link between Earth temperatures and higher

11  carbon-dioxide levels as claimed by the Defendants, then the highest

12  temperatures would have occurred during the Cambrian Period when

13  carbon-dioxide levels were always over 5,000ppm, not during low levels of

14  carbon-dioxide as we see occurring in Permian/Triassic boarder and in the

15  Tertiary Period.  The Earth has been this cool only three times in the past

16  600,000,000 years and, in two of these cool periods there was low carbon-

17  dioxide levels, but not in the first low temperature period at the end of the

18  Ordovician Period but where carbon-dioxide was over 4,000ppm.

19  The highest Earth temperatures are seen during historically low carbon-

20  dioxide level periods not the highest carbon-dioxide levels.

COMPLAINT: MASTERS v. OBAMA et al
                                       ORIGINAL

1       46.  The Forma data clearly shows that there is no identifiable

2   relationship between carbon-dioxide in the atmosphere and higher Earth

3   temperatures over the past 600,000,000 years to support the Defendant's

4   claim of a carbon-dioxide link with higher temperatures.  The Earth has held

5   its average temperature with 7,000 ppm carbon-dioxide and with only

6   500ppm.  Obviously if carbon-dioxide was as powerful as the IPCC says it

7   is, to be responsible for 100% of temperature change we are seeing since the

8   end of the Little Ice Age, then we should see a clear relationship throughout

9   Earth's climatologic history between carbon-dioxide levels and Earth

10  temperature, yet we see none.  Earth temperatures historically moved with

11  indifference to, or in opposition to carbon-dioxide levels throughout much of

12  the history that we have data for.   With no historical link to be seen overthe

13  past 600,000,000 years, it is un-scientific and fraudulent for the Defendants

14  to claim that there is a statistical link over the last 150 years.  The

15  Defendants are cherry picking the last 150 years to make their point while

16  ignoring the past 600,000,000 years that prove them wrong.

17  ///

18  ///

19  ///

COMPLAINT: MASTERS v. OBAMA et al
                                        ORIGINAL

1      47. **MILANKOVITCH CYCLES, WHY WE ARE GETTING**

2    **HOT.**

3    Milutin Mialnkovitch was a Serbian genius Mathematician and Astronomer

4    born at the end of the 19 the century.   It was he who first notice that there

5    were three distinct cycles throughout Earth's climatic past.  He was the first

6    to understand that these periods were based upon the Earth's tilt, precession,

7    and orbit.  Important for our discussion here is the last of these cycles, the

8    orbital cycle Milankovitch named the "Eccentric Cycle".

9         48.  The Earth, as you no doubt have heard, will in 4.5 billion years

10   from now, drift off from the Sun never to return to it.  The Earth's orbit

11   around the Sun is decaying.  Each year the Earth gets a little farther from the

12   sun.  However, it is not decaying gradually as you might think.  The Earth's

13   orbit around the Sun has a wobble in it.  Over a 100,000 year Earth cycle.

14   The Earth goes from having a near circular orbit around the Sun, to an

15   elongated one, then it goes back to a near circular orbit.  At the furthest point

16   the Earth is calculated to be 2.78 million miles farther from the Sun.  The

17   Earth thus has an Ice Age every 100,000 years when it is at its furthest

18   distance from the Sun.  For 50,000 years the Earth wobbles away from the

19   sun an cools into an Ice Age, then Earth wobbles back towards the Sun and

20   warms for the next 50,000 years.

1       49.  Current scientific estimates state that the Earth has been moving

2   closer to the Sun for the past 45,000 years, and will continue to get closer to

3   the sun, and so warm up, for the next 5,000 years.  As the Earth warms there

4   is less and less cold areas to absorb the increasing heat and so the rate at

5   which the Earth warms increases as the dwindling cold areas are

6   overwhelmed by the increasing warmth of the Earth.

7       50.   During the Little Ice Age, the Earth continued to get closer to the

8   Sun but  the Sun was in a solar Minimum, reaching its trough during the

9   Maunder Minimum (1645 - 1715).  The Sun was putting out less heat and

10   light, so there was no increase in warmth for the entire 400 year long Little

11   Ice Age.  When the Little Ice Age ended, the Sun returned to its usual

12   output, but the Earth was now 400 years closer to the Sun, so the Earth got a

13   big increase in solar radiating dumped on it all at once.  At first the increased

14   ice and snow left over from the Little Ice Age absorbed that added warmth,

15   but over the century that ice and snow melted and the heat started to get the

16   upper hand.  In 1971, the National Oceanographic and Atmospheric

17   Administration  announced that the surface water temperature in the North

18   Atlantic rose for the first time since humans started to keep records.  The

19   North Atlantic had used up its extra cold left over from the Little Ice Age

20   and now would start to warm noticeably.  Leading to greater ice melt in the

1    Arctic as North Atlantic waters flowed northward bring its new warm

2    surface waters into that region.

3        51.  The defendants know these things, they know there is nothing that

4    can be done to stop the Earth from warming over the next 5,000 years, we

5    are going to go back to where the Earth was during the last interglacial age

6    when the sea level was 22 to 24 feet higher than today and Greenland was

7    completely free of ice.  This future cannot be altered, that the Defendants are

8    saying that it can is a lie, and they know it.  The Earth is warming, it has

9    happened numerous times before and it will happen long after the human

10   race is dead.  The Earth's orbital dynamics cannot be changed.  The

11   Defendants lie to raise donations for their Political party, and to further their

12   own careers, in violation of the laws and their positions of trust.

13       52.  **THE OPACITY OF THE EARTH'S ATMOSPHERE**

14   Exhibit B is NASA's chart showing the Earth's Atmospheric Opacity.

15   It tells us what wavebands are being blocked out by the atmosphere and by

16   what percentage they are being blocked out.  On the Far left of NASA's

17   chart we see that 100% of the Gamma Rays and X-Rays are blocked out

18   while 70% of the UV wavebands are blocked out.

18                                    COMPLAINT: MASTERS v. OBAMA et al
                                                        ORIGINAL

1    53. 11% to 7% of the visible light is blocked out by the atmosphere,

2    while to the right of the rainbow of visible light we see that over 60% of the

3    Near Infrared (0.8 microns to 8 microns), are blocked by the atmosphere.

4    To the right of the Near IR, is the Mid-Infrared (8 microns to 40 microns).

5    Only 1/3rd of this heat is blocked out by the atmosphere, 2/3rds make it to

6    the surface.  This Mid-IR range is known as the "Water Vapor Window".

7    Water vapor, the most powerful of the insulating "greenhouse gases" but is

8    very poor at absorbing IR radiation of this Mid-IR waveband range.

9    Given the Water Vapor Window, the Earth primarily radiates in the Mid IR

10   wavebands with its heat emissions peaking at 12 microns.  This peak is very

11   important due to the fact that Carbon-dioxide's peak absorption is at 12 to 15

12   microns!  Right where water vapor is the leased effective, Carbon-dioxide is

13   the Most effective at absorbing Infrared photons.

14   54. Exhibit C is a NASA chart showing the outgoing Earth emitted

15   heat in blue above the corresponding incoming Sun heat reaching the Earth's

16   surface as registered by NASA ground stations.  As can be seen the outgoing

17   heat is identical in waveband and amplitude to the incoming Sun heat.

18   Proving once again, the Law of Conservation of Energy is at work.  What

19   comes in, goes out, all energy is Conserved.

COMPLAINT: MASTERS v. OBAMA et al
                                            ORIGINAL

1    55.  Continuing with the chart in Exhibit B, to the right of the Mid IR

2    is the Far-IR.  Over 90% of this is blocked out by the atmosphere, as well as

3    most of the Microwave radiation to its right.

4    To the right of the Microwave bands is the AM/FM radio-waves.  Only the

5    AM and FM bands of radio-waves make it to the Earth's surface without

6    blockage.  While the Long Radio-waves to the right of the AM/FM bands

7    are completely blocked out like the Gamma Rays on the far left side of the

8    Chart.  These percentile figures showing the blockage of incoming Solar

9    Radiation  are based upon the current amount of gases in the air now.   If we

10   increase or decrease the amount any gases in the atmosphere, then the total

11   amount of Solar radiation making its way to the Earth will also change

12   accordingly.

13       56.  **INSULATING GASES, WHAT THEY DO FOR YOU**

14   Greenhouse Gases are insulating gases.  This means that these atoms and

15   molecules absorb Infrared photons, or radiant heat.   We all learned in school

16   that the sky is blue because the Nitrogen and Oxygen in our sky absorbs and

17   scatters the blue photons.  Different atoms absorb different wavebands of

18   light, but all of the insulating gases (the GHGs), absorb the Infrared (IR),

19   radiant heat photons.

1    57.  Half of the Sun's energy output is in the form of Infrared heat

2    radiation.  The Sun's output peaks at a frequency of 880 nanometers (0.88

3    microns), inside the Infrared wave range (.8 to 1,000 microns).  However,

4    you have probably been told by the Defendants that the Sun's output peaks at

5    a wavelength of 550 nanometers inside the visible range!  And it does,

6    kinda.

7    58.  The Defendants use "wavelength" rather than "frequency" so as to

8    mislead the general public who are unaware of the significance and meaning

9    of the two words.  If you look at the energy contained in only one photon

10   emitted by the Sun in each waveband the Sun radiates in, the Photon at 550

11   nanometers has more energy than any other photon.  However, the solar

12   energy received by the Earth is not dependant on only one photon, it is

13   dependant upon all the photons that arrive at the Earth.  Frequency tells us

14   how often a photon of a particular wavelength reaches the Earth versus other

15   photons of other wavelengths. Since Visible light is found in a tiny area

16   from 400 nanometers to 800 nanometers.  The Sun doesn't produce many

17   visible light photons.  The Infrared waveband range however,  is 2,800 times

18   larger than visible light's waveband range. So while each visible light

19   photons has more energy than any one of the IR photons, the Sun makes a

20   lot more IR photons.  This causes the IR range to deliver more energy to the

1    Earth's surface than the more energetic, but much fewer visible light

2    photons.

3         59.  Obviously, since half of the Sun's energy output is in the IR, half

4    of the radiant energy that reaches the Earth's surface after filtration by the

5    Atmosphere is also IR radiation.  So how does IR radiation warm the Earth?

6    It is an important question, but a more important answer.

7         60.  **THE QUANTUM VIBRATIONAL STATE**.

8    IR photons have energies from  0.001 electron Volts (eV) to 1.7 eV.

9    Photons with this energy range, when absorbed by an atom or molecule,

10   changes the atom's Quantum Vibrational State.  This is important because

11   the rate of an atom's vibration, how fast it vibrates, is its heat energy.  The

12   faster an atom vibrates the hotter it is.  The slower the atom vibrates the

13   cooler it is.

14        61.  When visible light photons (photons with energy greater than 1.7

15   eV), are absorbed they don't change the rate of vibration, rather they change

16   the Quantum Energy State.  This leads to an electron in an inner orbit,

17   circling the nucleus of the atom, to jump to a higher orbit.  This does create

18   some movement and so some slight warming, but no significant heat is

19   produced by it.  The most obvious example of this difference between IR

20   and Visible light's ability to create heat is in the EASYBAKE OVEN.

1       62.  **THE QUANTUM PHYSICS OF THE EASYBAKE OVEN**

2   Since the 1950's the EASYBAKE OVEN used a 100 watt incandescent light

3   bulb to create the heat it needed to cook its mini-cookies and muffins. and

4   cakes.  According to the Environmental Protections Agency, incandescent

5   light bulbs only emit 10% of their energy as visible light while 90% is

6   emitted as invisible infrared heat.  However, these incandescent bulbs have

7   been phased out in favor of more efficient, brighter, cooler Florescent and

8   LED light bulbs.  These bulbs put out a great deal more visible light

9   photons, but much less IR photons.  As such they cannot produce the change

10  in the Quantum Vibrational State needed to bake a mini cookie in the

11  EASYBAKE OVEN.  The manufacturers have resorted to installing an

12  electrical heating element, like the ones found in electric ovens, to produce

13  the heat needed to bake with their toy oven now.

14      63.  **ABSORBTION, SCATTERING, AND BLOCKING OF SUN**

15  **HEAT**.

16  As the Sun's radiant heat photons travel through the vacuum of space they

17  finally reach the Earth's outer atmosphere.  As the IR photons pass through

18  the atmosphere they are absorbed by the insulating gases, mostly water

19  vapor and carbon-dioxide.  After absorbing the photons the atoms emit them

20  out.  When an atom emits a photon, it is emitted out randomly, the direction

1    of the photons original path is irrelevant.  The Law of Conservation of

2    Momentum doesn't apply to quanta, which photons are.  Thus, each atom

3    emits photons like a little sun, in every direction.  Some of these photons

4    will go down and hit the Earth's surface warming it, but most, 2/3rds, will be

5    cast back out into space.  Blocked from reaching and warming the Earth.

6    With no atmosphere, all these photons would all  reach the Earth and warm

7    it like the Moon.

8         64.  The Moon has no atmosphere and its daytime temperature is 250

9    degrees, versus 71.9 degrees for the Earth.  Most of the Sun's heat, as NASA

10   satellites tell us, is absorbed and blocked out by the insulating gases in the

11   Earth's atmosphere, the water vapor and carbon-dioxide.   While the Moon,

12   with no atmosphere, gets struck with the full force and fury of the Sun's total

13   radiant output, the Earth is protected by a gaseous parasol.

14        65.  How much of this heat is kept out is a simple mathematical

15   formula.  The Max Planck Institute has worked out that one atom can absorb

16   and emit one photon in 100 attoseconds, that's one quintillionth of a second.

17   So, in one second one carbon-dioxide molecule can absorb and then emit out

18   one quintillion photons.  1/3rd of these will be emitted out in the direction of

19   the Earth, while 2/3rds will get sent back out into space.  So, simply put, if

20   we remove one molecule of carbon-dioxide, or any greenhouse gas, that's

COMPLAINT: MASTERS v. OBAMA et al
                                                         ORIGINAL

1    one quintillion more heat IR photons per second that can make it to the

2    Earth, as that carbon-dioxide molecule won't be there to absorb them and

3    block out 2/3rds of them.  However, if we add more atoms of insulating

4    carbon-dioxide, each additional molecule will absorb one quintillion more

5    heat photons from the Sun each second, with 2/3rds of them being emitted

6    back out into space, blocked from reaching the Earth by the additional

7    carbon-dioxide molecules.

8         66.  With fewer heat photons reaching the Earth the Earth's surface

9    temperature will be lower.  With a reduction in the Earth's temperature, the

10   Earth will give off less heat for the Greenhouse Effect to trap in, and so the

11   Greenhouse Effect will fall as well.

12        67.  **YOUR OVEN AS A SUN**

13   Let's look at your home's oven and how it is like our Earth and its insulating

14   Atmosphere.  The oven in your home is a box of strong insulation wrapped

15   around a heating element or burner, plus some racks for setting your food

16   upon.   The heat in your oven comes from inside the oven.  The insulation in

17   your oven is there to keep the heat inside the oven where the food is.  This is

18   why the oven works.

19        68.  The Earth's heating element however, is not inside the insulating

20   gases in our the atmosphere, it is outside the insulating gases.  Let's do the

25                                    COMPLAINT: MASTERS v. OBAMA et al
                                     ORIGINAL

1   same thing with your oven.  Take out the heating element and put it in front

2   of the oven door, and turn it on.  How long will it take your meal to cook

3   now with the heat outside the oven, outside the insulation?

4   Did you say never?  You are correct.  With the heater outside the oven's

5   insulation, now the insulation is not keeping the heat inside the oven, it's

6   keeping the heat outside of the oven.   Insulation keeps heat from crossing

7   the insulating barrier and getting to the other side of the insulation.  Your

8   oven will be at 350 degrees but your kitchen won't, because the insulation

9   prevents the heat from getting from inside your oven into your kitchen.  But

10   take out the heater and put it outside the insulation of the oven, and the

11   insulation now keeps the burner's heat from getting inside your oven at your

12   meal and cooking it.

13        69.  The Primary role of the insulating gases surrounding the Earth is

14   the same, they keep two-thirds of the Sun's heat from crossing teh insulating

15   barrier.  Thus, keeping the Earth from reaching the same 250 degrees the

16   Moon does because it has on atmosphere.  Just like you home,  more

17   insulation will keep out more heat, and less insulation will keep out less

18   heat.  More Carbon-dioxide, or any other insulating gas, put into the

19   atmosphere will keep out more Sun heat and cool the Earth.

20   ///

COMPLAINT: MASTERS v. OBAMA et al
                                                      ORIGINAL

1   70. **WHAT IS THE GREENHOUSE EFFECT**?

2  All things when warmed above absolute zero degrees Kelvin, will give off

3  some infrared radiant energy.  On the Earth, when the Earth absorbs the

4  Sun's morning heat it warms up and then it radiates out heat in the infrared

5  (note the Earth has to be warmed by the Sun's heat BEFORE it can give off

6  any heat itself).  This Earth emitted heat travels upward and like the Sun's

7  incoming heat photons, are absorbed by the insulating gases in the air.

8  When the insulating gas emits the IR photons out they get emitted out in all

9  directions just like the incoming Sun heat, so 2/3rds of those absorbed

10  photons are emitted out into space, while 1/3rd is redirected back at the

11  Earth!  This Earth emitted heat returning to the Earth's surface by the

12  insulating gases in the atmosphere is in addition to the Sun heat that makes it

13  through the atmosphere.  This reflected Earth heat currently adds over 60

14  watts per meter square to the heat from the Sun, increasing the heat the Earth

15  gets.  This additional 60 watts of heat is the Greenhouse Effect heat.

16   71. **THE STEFAN-BOLTZMANN LAW**.

17  Now that we understand the workings of insulating gases and the

18  Greenhouse Effect, and what they do, the question is what effect will more

19  carbon-dioxide heat blocking gas have on the Greenhouse Effect?   The

20  Defendants claim that more carbon-dioxide will cause the Greenhouse Effect

27        COMPLAINT: MASTERS v. OBAMA et al
                ORIGINAL

1    to rise, but how can we tell?  We can tell because of Josef Stefan who

2    discovered the constant named after him  "Stefan's Constant".  This constant,

3    as part of the Stefan-Boltzmann Law tells us exactly how much heat will be

4    given off by any mass that is warmed to a known temperature, and so it tells

5    us what the Greenhouse Effect will be.

6        72.  The Stefan-Boltzmann Law tells us that the amount of heat a

7    mass will give off is equal to its temperature taken to the temperature's Forth

8    Power!  This means that any time the temperature changes, the emitted heat

9    will change by the fourth power of the change in temperature.  For example,

10   let us raise the amount of carbon-dioxide in outer atmosphere so that it

11   becomes 1% more efficient an insulator.  This means the Earth will get 1%

12   fewer heat photons to warm it, dropping the Earth's temperature by 1%.  For

13   that one percent drop in temperature, the Earth will emit -4% less heat off its

14   surface.

15       73.  The Earth, with more Carbon-dioxide in our example here,  is 1%

16   more efficient at keeping heat in, but there is -4% less heat to keep in.  Thus

17   the Greenhouse Effect will fall by -3%.  The 1% rise in efficiency will only

18   off-set 1% of the drop in Earth emitted heat, leaving a Net -3% drop in the

19   Greenhouse Effect.  A 2% drop in temperature will cause an -8% drop in

20   emitted heat, and so on.  Because the change in emitted heat will always be

COMPLAINT: MASTERS v. OBAMA et al
ORIGINAL

1   greater than the change in the Earth's temperature, it is impossible to

2   increase the Greenhouse Effect and warm the Earth by adding heat blocking

3   insulating gases to the air.  More insulating gas will block out more Sun heat

4   cooling the Earth which will then give off much less heat.

5       74. **CLOUDS, THEY ARE INSULATORS TOO YOU KNOW**

6   The most obvious example of this cooling effect brought on by the Stefan-

7   Boltzmann Law are Clouds!  Clouds are made of the most powerful

8   insulating gas of them all, water vapor.  When Nature naturally increases the

9   amount of water vapor in the air it doesn't get warmer does it?  It is true,

10  Clouds are 100,000 times more insulating than carbon-dioxide gas, but that

11  means clouds block out 100,000 times more Sun heat than carbon-dioxide

12  gas.  If the Sun's heat never reaches the Earth's surface, the Earth cannot

13  warm up.  If the Earth doesn't get warm it won't give off IR radiation for the

14  Greenhouse Effect to trap in, ergo no Greenhouse Effect!

15  ///

16  ///

17  ///

18  ///

19  ///

20  ///

COMPLAINT: MASTERS v. OBAMA et al
ORIGINAL

1

## **SUMMATION**

2      75.  The Defendants have been knowingly lying about the effects of

3  insulating gases on temperature to enrich their political supporters, and to

4  aid their political ideals, and further their careers.  It is well known to the

5  Defendants that Clouds, which are made of water vapor (an insulating

6  greenhouse gas), cools the Earth by blocking out the Sun's heat.  All

7  insulating gases, as the Defendants know, do the same thing as water vapor,

8  only not as well as water vapor does it.  The Defendants know that carbon-

9  dioxide blocks out Sun heat cooling the Earth and that more carbon-dioxide

10  in the atmosphere will cool the Earth even more than today.

11      76.  In furthering the lie of AGW, the Defendants are harming the

12  Country and its People.  In forcing Scientists to lie or loose their jobs and or

13  funding, and be blacklisted with Scientific Peer Review Journals.  The are

14  harming Science and Scientists who are caught between a Rock and a Hard-

15  place. They have also destroyed my career, robbed me of my Nobel for the

16  discovery of Dark Energy, and so denied me my place is Science history.

17  ///

18  ///

19  ///

20  ///

30                                    COMPLAINT: MASTERS v. OBAMA et al
                                              ORIGINAL

1          **RELIEF REQUESTED**

2    77. An order of the Court:

3          A. Ordering the Defendants to publicly admit on all forms of media

4             that they have used to lie about AGW, that they were lying and to

5             explain how it is impossible for the Earth to warm via more

6             insulating gases; and to cease claiming AGW is real.

7          B. Ordering the Defendants to remove from all media sources any and

8             all products alleging AGW warming.

9

10   Date Signed: July 25, 2017

11                                        William A. Masters

12                                        Plaintiff in Pro Se

13   ///

14   ///

15   ///

16   ///

17   ///

18   ///

19   ///

20   ///


31                              COMPLAINT: MASTERS v. OBAMA et al
                                                       ORIGINAL





